THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES F. FILKIN, Appellant.

*People* v. *Filkin*, 83 App. Div. 589, affirmed.
(Argued June 23, 1903; decided October 6, 1903.

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, made May 5, 1903, which affirmed a judgment of the Cayuga County Court, rendered upon a verdict convicting the defendant of the crime of forgery in the first degree.

*John D. Teller* for appellant.

*Harry T. Dayton, District Attorney (Albert H. Clark* of counsel), for respondent.

Judgment of conviction affirmed on opinion of HISCOCK, J., below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN, CULLEN and WERNER, JJ. Absent: MARTIN, J.